**Order entered March 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01393-CV

**WOODHAVEN DR. 1401 LAND TRUST, Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02540-2016**

## ORDER

Before the Court is appellant's March 6, 2018 second motion to extend time for filing brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 16, 2018. Appellant is cautioned that further extension requests will be disfavored.

/s/    DAVID EVANS
        JUSTICE